**M. UELE of Faleniu, Plaintiff**

v.

**MAILEI of Vaitogi, Defendant**

No. 11-1928

High Court of American Samoa

Civil Jurisdiction, Trial Division

[Matai Name: "Alaia"]

May 23, 1929

———————

JAMES W. FOXALL, LUTU, and PELE, *Judges*

To try the right of Mailei to register Matai Name "ALAIA"

JUDGMENT

The above case came on to be heard before the High Court with Judges Foxall, Lutu and Pele, sitting at Ili'ili, Tutuila, American Samoa, at 10:30 A. M. of May 23, 1929.

The Court inquired as to whether or not the parties to the controversy had been able to reach an agreement as to who should hold the Matai Name "Alaia."

Magalei, representing Uele, and Vei, representing Mailei, both requested the Court to dismiss the case without decision.

It is therefore adjudged and decreed that the within case,

to determine the right of Mailei of Vaitogi to register Matai Name "Alaia" be dismissed, and it is so ordered.